(103 So. 918)

John R. HAYES et al. v. EAST ALABAMA NAT. BANK. (4 Div. 168.) (Supreme Court of Alabama. Jan. 15, 1925.) Appeal from Cir-

cuit Court, Barbour County; J. S. Williams, Judge.

PER CURIAM. Appeal dismissed by appellant.